IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-06-537 |
| | § | |
| MARIO GARCIA-GOMEZ | § | |

**ORDER**

BE IT REMEMBERED on this 16th day of October, 2006, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed July 14, 2006, wherein the defendant Mario Garcia-Gomez waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Mario Garcia-Gomez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. **The Court finds the defendant Mario Garcia-Gomez guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. § 1326(a).**

SIGNED this the 16th day of October, 2006.

Andrew S. Hanen
United States District Judge